## FRISCHKORN REAL ESTATE CO. v. COMMISSIONER OF INTERNAL REVENUE.
### No. 5964.

Circuit Court of Appeals, Sixth Circuit.
June 30, 1931.

Theo. B. Benson, of Washington, D. C., for petitioner.

C. M. Charest, of Washington, D. C., for respondent.

PER CURIAM.
Docketed and dismissed by court order, pursuant to motion of counsel for petitioner.

## Sam GOLDBERG v. UNITED STATES of America.
### No. 5823.

Circuit Court of Appeals, Sixth Circuit.
April 17, 1931.

Rodney Baxter, of Detroit, Mich., for appellant.

Gregory H. Frederick, U. S. Atty., of Detroit, Mich.

PER CURIAM.
Judgment of District Court affirmed by court order.

## GRAND BEACH COMPANY et al. v. Frank G. GARDNER, Trustee, et al.
### No. 5730.

Circuit Court of Appeals, Sixth Circuit.
April 17, 1931.

Sempliner, Dewey, Stanton & Bushnell, of Detroit, Mich., for appellants.

Travis, Merrick & Johnson, of Grand Rapids, Mich., A. S. & E. W. Froehlich, of Chicago, Ill., and Knappen, Uhl & Bryant, of Grand Rapids, Mich., for appellees.

PER CURIAM.
Remanded to District Court, with directions for disposition in accordance with decree entered April 10, 1931, in Gardner v. Grand Beach Co. et al., 48 F.(2d) 491.

## GREAT LAKES TOWING CO. v. KINSMAN TRANSIT CO.
### No. 5663.

Circuit Court of Appeals, Sixth Circuit.
March 4, 1931.

Dustin, McKeehan, Merrick, Arter & Stewart, of Cleveland, Ohio, for appellant.

Holding, Duncan & Leckie, of Cleveland, Ohio, for appellee.

PER CURIAM.
Judgment of District Court affirmed by court order.

## George H. GRENANDER, Appellant, v. UNITED STATES of America, Appellee.
### No. 3174.

Circuit Court of Appeals, Fourth Circuit.
July 7, 1931.

Arthur G. Froe, of Welch, W. Va., and Raye O. Lawson, of Roanoke, Va., for appellant.

James Damron, U. S. Atty., of Huntington, W. Va.

PER CURIAM.
Order dismissing appeal filed.